IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. Case No. 2:26-cr-20018

ERIC CHARLES WHITAKER, II DEFENDANT

**ORDER**

Before the Court is Defendant Eric Charles Whitaker's Motion for Review of Magistrate's Ruling as to Detention Status. ECF No. 21. On October 7, 2026, Judge Ford held a detention hearing and, after hearing testimony and reviewing evidence presented, detained the Defendant pending Defendant's revocation hearing. ECF No. 20; ECF No. 22, at 31. Judge Ford found that Defendant had not met his substantial burden of showing by clear and convincing evidence that Defendant is not a flight risk or a danger to the community. ECF No. 22, at 30–31; Fed. R. Crim. P. 32.1(a)(6). Judge Ford reasoned that Defendant's six alleged violations of his supervised release that occurred in two states spanning from August of 2025 to July of 2026 showed that Defendant was a flight risk and a danger to the community. ECF No. 22, at 30–31; ECF No. 2, at 1–6. Defendant then filed a motion for review of Judge Ford's order and requested a hearing. ECF No. 21.

"A judge of the court may reconsider any pretrial matter . . . where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A). The record shows that Defendant allegedly violated the terms of his supervised release six times. ECF No. 2, at 1–6. Notably, Defendant was charged with failing to register as a sex offender three separate times and was arrested for human trafficking in Bay County, Florida, in January of 2026.

ECF No. 2, at 1–6. Thus, the Court agrees with Judge Ford that Defendant has not met the burden of establishing by clear and convincing evidence that he is not a flight risk or a danger to the community. Fed. R. Crim. P. 32.1(a)(6).

Upon review, the Court finds Judge Ford's order (ECF No. 20) is not clearly erroneous or contrary to the law. 28 U.S.C. § 636(b)(1)(A). Accordingly, Defendant's Motion for Review of Magistrate's Ruling as to Detention Status (ECF No. 21) is hereby **DENIED**.

**IT IS SO ORDERED**, this 22nd day of October, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge